UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Kevin Tekek Maris                                    Chapter 13
      and Conchita Jainey Cross-Maris              Case No. ___
Debtors.

## Chapter 13 Plan

Addresses:    Debtor    2173 Howell Ave., Memphis, TN 38108
              Joint Debtor    2173 Howell Ave., Memphis, TN  38108

Plan Payments:

Debtor Shall Pay: $ 156.00   Monthly    By: Social Security    (X) Direct Pay
   Or by:  ( ) Payroll Deduction _____

Joint Debtor Shall Pay:    _ Weekly Every Two Weeks Semi- Monthly By:    ( ) Direct Pay _____
   Or by:  ( ) Payroll Deduction _____

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                                  (X) Yes   ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes   ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                                ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtors Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtors

4. Domestic Support Paid By: ( ) Debtors Directly    ( ) Wage Assignment    ( ) Trustee To:    Monthly Pmt.
   _____ ongoing payment begins _____

5. Priority Claims:                                                                              Monthly Pmt.
   _____                         Amount  _____

6. Home Mortgage Claims:    ( ) Paid Directly by Debtors or ( ) Paid by Trustee To:    Monthly Pmt.
   _____ ongoing payment begins _____

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmt.
   Conn's (hhg)                                              $ 2,000.00            0.00%          $40.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt
   Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:
                                                             Collateral Value    Interest Rate    Monthly Pmt.
   _____                                                    _____              _____           _____

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited
   Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:
                                Collateral
   _____

10. Special Class Unsecured Claims:              Collateral Value        Interest Rate      Monthly Pmnt.

    Volkswagen (lease arrears through 11/30/2019)     $    2,468.00           0.00%             $42.00

11. Student Loan Claims and Other Long Term Claims:

    _____   ( ) Not Provided For     ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

    _____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:
    Volkswagen Credit_____  (X) Assume     ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the
    hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908            Date   November 25, 2019
    Debtors' Attorney's Signature

                                                                                November 25, 2019

                                                                                910 > May 29, 2017